# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Deautris MATTISON (DOB: xx/xx/1996) | ) | |
| | ) | **24-M-489 (SCD)** |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 23, 2024___ in the county of ___Milwaukee___ in the ___Eastern___ District of ___Wisconsin___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances. |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jacob Dettmering, FBI SA
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: ___9-23-24___

_____
*Judge's signature*

City and state: ___Milwaukee, Wisconsin___     Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

CLERK'S OFFICE
A TRUE COPY
Sep 23, 2024
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

## AFFIDAVIT IN SUPPORT OF A CRIMINAL
## COMPLAINT AND ARREST WARRANT

I, Jacob A. Dettmering, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 7, 2018. I was assigned to the FBI Capital Area Gang Task Force (CAGTF) in Baton Rouge, Louisiana from June 15, 2018, to April 1, 2020. Since April 1, 2020, I have been assigned as the Task Force Coordinator for the Milwaukee Area Safe Streets Task Force (MASSTF). Since 2018, I have investigated violations of federal law, directed drug and street gang investigations, obtained and executed search and arrest warrants related to the distribution of illegal narcotics, and debriefed confidential informants and cooperating defendants. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal offenses.

2.      I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, interviews, and debriefs of arrested subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

3.      The facts in this affidavit come from my training and experience, my review of documents and information obtained from other agents/law enforcement officers. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and

1

arrest warrant and does not set forth all my knowledge about this matter.

4.     Since February 2021, the ATF, Milwaukee Police Department (MPD), Federal Bureau of Investigation (FBI), and Drug Enforcement Administration (DEA) have been investigating identified members of the "Wild 100's", a violent street gang in Milwaukee, also known as the "Shark Gang", including Deautris MATTISON, (DOB 11/17/1996), among others, for distribution of controlled substances and federal program fraud. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that on or about September 23, 2024, Deautris MATTISON violated 21 U.S.C. § 841(a) (Possession with Intent to Distribute and Distribution of Controlled Substances) and 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

**PROBABLE CAUSE**

5.     Deautris MATTISON, an identified member of the Wild 100s street gang, was arrested in connection with an arrest warrant based upon the sealed indictment returned in 23-CR-77, charging MATTISON along with 29 co-defendants, with violations of Title 18, United States Code, Sections 1341 (mail fraud) & 1349 (mail fraud conspiracy). On, July 2, 2024, MATTISON was released on conditions. While MATTISON has been out of custody, case agents have monitored his social media postings and have conducted physical surveillance.

6.     Since the start of the investigation in 2020, case agents have been monitoring MATTISON's social media profile, which has now been changed to (Instagram: "Westsidee100"). Case agents have observed MATTISON posting numerous pictures of large amounts of cash, jewelry, and marijuana.

7.     On July 7, 2024, MATTISON posted an Instagram story, which was a picture taken

2

inside a vehicle based upon the steering wheel in the background of the picture. The picture itself depicts several hundred dollars, all in $20 denominations fanned out, with the time stamp, "2:25am". A screenshot is set forth below.



8.      Also on July 7, 2024, MATTISON posted several photos to his account, which show him standing in the middle of the street at 104th Court and Kiehnau Avenue, Milwaukee, WI. It should be noted that the Wild 100's criminal street gang consider this area to be their territory. The photos showed MATTISON with designer clothing, a custom chain and pendant and displaying a stack of US currency in $20 denominations. The caption on the post writes, "SAY LESS DO MORE!! IM BACK FOR A LIL MIN". Below the caption, he wrote the hashtag, "#FOREVERBOSS FREE DA GUYS", which Investigators know to mean, free the incarcerated members of the Wild 100's criminal street gang who were also indicted in May 2023. Screenshots are set forth below.

3





9.     On July 9, 2024, MATTISON posted a story which showed him sitting inside a

vehicle wearing a white t-shirt, and black hat. MATTISON was wearing his custom chain and pendant which read, "SNG RIP POPS". Additionally, MATTISON was wearing a pair of custom Cartier glasses which have custom inscription of the photo of a Shark and reads "Westside". Investigators know that the Wild 100 criminal street gang also went by "Shark Gang" and would often use the shark logo as branding. Westside refers to the West side of the city, which is often referred to as the "Hundreds", which the gang would claim as their territory. A screenshot is set forth below.



10. On July 10, 2024, at approximately 10:00pm, MATTSION posted a picture to his story which showed over 42 shoe boxes in a closet. The boxes ranged from Nike to Yeezy by Adidas, to Lanvin of Paris. The caption on the photograph stated, "We don't move like street

5

N*****, We been movin' like a mob". Investigators know that Yeezy's on average cost between $100 and $500 per pair. Additionally, Lanvin of Paris typically retail for around $1,000 per pair. A screen shot of the post is set forth below.



11.     On August 11, 2024, MATTSION posted a picture of the inside of a vehicle showing the road in front from the vantage point of the driver's seat. The location tag on the photo read, "Menomonee Falls, Wisconsin". Immediately following that photo, he posted another photo,

6

also from the driver's seat of a car. The picture showed the vehicle was backed into a garage and you could see three other garages across from his with two doors, depicting a condo/apartment complex. The following photo posted was a ceiling showing a ceiling fan. In the photo, it could be seen that there was a smoke detector on the ceiling but also a sidewall mounted fire protection sprinkler head. Your affiant knows that fire protection systems are required by the Uniformed Fire Code for multifamily condos and apartments. It is rare to see a residential fire protection sprinkler system in single family houses. Screenshots are set forth below.





12.     On the same day, MATTSION also posted pictures to his story from inside his vehicle.  One of which just showed the dash of the vehicle and the area below the dash.  Located in the area below the dash was an Apple iPhone with a light blue colored case.  It appeared as MATTSION was alone as there were no feet shown on the floorboard on the passenger side of the vehicle.  Investigators believe that the phone would be a second phone for MATTISON, since the picture was likely taken from his other phone. A screenshot is set forth below.

8



13.     Later, MATTISON posted a picture of himself in the car.  MATTISON appeared to have one hand on the steering wheel and was shirtless.  He was wearing a light-colored hat and still had his custom chain and pendant around his neck which read, "SNG RIP POPS", and was wearing his Cartier glasses on his face.

9



14.     The next photo posted to his story was a picture of the cupholder area of his vehicle which showed the Apple iPhone with light blue case and had the caption, "Good smoke hit me!!". Investigators know that mobile drug dealers very commonly have numerous phones. They typically have one which is used primarily for personal use and the others are typically used for drug sales and communication with their drug customers and/or supplier(s). Investigators also know that "good smoke" is commonly used to refer to good Marijuana. Investigators further believe that the entire caption is telling customers that he has good Marijuana and to call him on the pictured telephone to buy some from him. A screen shot is set forth below.

10



15.     On August 17, 2024, at approximately 6:45pm, MATTISON posted a picture to his Instagram story which showed the middle console of a vehicle, and it was taken from the vantage point of the driver's seat.  The picture showed a light blue colored Apple iPhone, a dark colored iPhone, and two "flip phones".  It should be noted that the picture was taken from an additional phone not pictured.  The photograph also had a location tag which showed "Mill Road".  Investigators know this to be the territory claimed by the Wild 100's criminal street gang.  A screenshot is set forth below.

11



16.     Additionally, license plate readers were searched for the white Chevy Malibu bearing Wisconsin license plate AWL6526, believed to be driven by MATTISON. The vehicle was located by one at 6:26pm, travelling westbound on North Avenue at 61st street, Milwaukee, WI. At 7:01pm, it was seen travelling westbound on Silver Spring Drive at Campbell Drive, Menomonee Falls, WI. At the time of the Instagram photo, the Malibu could have been in the area of Mill Road, based upon the license plate readers.

17.     On August 18, 2024, at approximately 9:20pm, MATTISON posted a video of him driving down the road. The video showed a vehicle passing houses and streetlights. The video had emojis of 5 people, of all different ages, sex, and races. Investigators believe that post indicated that MATTSION was out selling drugs to different people of all walks of life. A screenshot is set forth below.

12



18.     On August 19, 2024, at approximately 8:00pm, MATTISON posted a photograph to his Instagram story which showed what appeared to be Marijuana inside a commercially packaged 3.5-gram Marijuana container.   Investigators believe that this is in reference to MATTISON's August 12, 2024, post which referenced having "good smoke".   Investigators know that it is common for drug traffickers to post to social media looking for potential customers, and part of that involves posting pictures of the product, in this case, Marijuana.   A screenshot is set forth below.

13



19. On August 20, 2024, at approximately 2:00am, MATTISON posted a video to his Instagram story which was very dark but is believed to be a video taken from inside a vehicle, looking out a window as the vehicle is travelling. The video had a geolocation tag which read, "Menomonee Falls, Wisconsin". Investigators believe that MATTISON was heading home to the Subject Premises for the night. Investigators know that the last license plate reader hit was at 1:44am, westbound on Mill Road from Parkway Drive, which would indicate driving towards Menomonee Falls, WI. A screenshot is set forth below.

14



20.     On August 25, 2024, at approximately 2:30pm, MATTISON posted a picture to his Instagram story which showed what appeared to be Marijuana inside a commercially packaged 3.5-gram Marijuana container.  Immediately following, MATTISON posted a selfie of himself to his Instagram where MATTISON could be seen wearing the "SNG RIP POPS" chain and pendant.

15



21.     On August 26, 2024, MATTISON posted three pictures to his story, the first was the interior of a closet which appeared to have lots of designer clothing and shoes.  The estimated value of all of it is more than $10,000.  The second was of his Nike shoes with the captions, "GM" and "Get Money!!!!"  The third was a selfie with MATTISON wearing a white tank top, wearing his chain and pendant and Cartier sunglasses. Screenshots are set forth below.

16





22.     On August 29, 2024, MATTISON posted a picture of the middle console of his vehicle which showed an ash tray in the front cup holder and two flip phones in the rear cup holder. The picture had the caption, "TOP OF THE MORNING!!!!".  A screenshot is set forth below.



23.     On August 30, 2024, MATTISON posted a video to his Instagram story which depicted him driving in a vehicle down the road. The video had an emoji which depicted a stack of money with wings. Investigators believe this is in reference to making money while mobile dealing drugs. A screenshot is set forth below.



24.     On August 30, 2024, at approximately 2 am, MATTSION posted a video to his

Instagram story, which was taken from the interior of a vehicle, shot from the driver's seat.  The

video showed the vehicle parked in a garage with the garage door closing.  The video had the text,

"Love" with a peace sign emoji.  Investigators believe this was referencing being in for the night

after being out in the streets mobile dealing.  It should be noted that Investigators know the video

taken was from the garage for N55W17943 High Bluff Dr, Unit C, Menomonee Falls, WI. A screenshot is set forth below.



25.     On September 20, 2024, the Honorable Nancy Joseph, Magistrate Judge for the Eastern District of Wisconsin signed a federal search warrant for the residence located at N55W17943 High Bluff Dr, Unit C, Menomonee Falls, WI.

26.     On September 23, 2024, case agents executed the federal search warrant at N55 W17943 High Bluff Drive, #C, Menomonee Falls, WI 53051.  Case agents called out announcing

a federal search warrant for MATTISON for approximately 30 seconds. A female (subsequently identified as MATTISON's girlfriend) then came to the door and came outside; however, after his girlfriend exited the residence, MATTISON refused to exit, and did not exit, for another few minutes. As the case agents were about to make entry into the residence, MATTISON appeared and was taken into custody.

27. During the execution of the search warrant, case agents recovered a Ruger SR9C 9mm pistol (loaded), bearing serial number 336-14792, underneath a sofa cushion in the living room. Case agents recovered 9 mm ammunition from a drawer in the kitchen. Case agents recovered a corner cut containing several yellow pills, several scales, packaging material, numerous jewelry items/clothing referencing his affiliation with "Shark Gang," from the second bedroom. In the bedroom in which it appeared that MATTISON and his girlfriend slept, case agents recovered a "Shark Gang" chain underneath the mattress, and in the bedside table, case agents recovered multiple debit cards with "Shark Gang" written on them, identifiers for MATTISON, a fraudulent identification card for MATTISON purportedly from the State of Florida in the name "Deandre Moore," and a scale.

28. From the trunk of MATTISON's vehicle, which was parked in the attached garage, case agents recovered approximately 8 grams of marijuana, a measuring cup, packaging material and a scale from inside a brightly colored backpack. Case agents interviewed MATTISON's girlfriend on scene and she stated that the firearm recovered from the sofa in the living room was not hers, and she stated she would have claimed ownership of the gun if it was hers, because she is not a felon. Based upon my training and experience, I am aware that no Ruger firearms are manufactured in the State of Wisconsin and therefore the Ruger described above therefore traveled

in interstate commerce or foreign commerce prior to its recovery today.

## CONCLUSION

29.    Based on the foregoing, I submit that there is probable cause to believe that on or about September 23, 2024, in the State and Eastern District of Wisconsin, Deautris MATTISON possessed with the intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and knowingly being a felon knowingly possessed a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

23